**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1799**

---

SHAOMIN SUI,

        Plaintiff - Appellant,

    v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah Lynn Boardman, District Judge.  (1:19-cv-03318-DLB)

---

Submitted:  November 22, 2022            Decided:  November 28, 2022

---

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Shaomin Sui, Appellant Pro Se.  Renee Lynn Bowen, FRANKLIN & PROKOPIK, Baltimore, Maryland; Brian James Kluckman, Moon Township, Pennsylvania, William George Whitman, IV, FEDEX GROUND, Coraopolis, Pennsylvania, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaomin Sui appeals the district court's order denying his motion for reconsideration of the court's order compelling arbitration and staying Sui's action pending the arbitration. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Sui's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
